IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES FRANK,<br><br>        Plaintiff,<br><br>    vs.<br><br>WILBUR-ELLIS COMPANY SALARIED EMPLOYEES LTD PLAN and LIFE INSURANCE COMPANY OF NORTH AMERICA,<br><br>        Defendants.<br>_____/ | CASE NO. CV-F-08-284- LJO-GSA<br><br>**ORDER VACATING SCHEDULING CONFERENCE; ORDERING MOTION** |

Defendants Wilbur-Ellis Company Salaried Employees Ltd Plan and Life Insurance Company of North America ("Defendants") removed this action on February 27, 2008. Removal was based on federal question jurisdiction. Defendants contend that this action is governed by the Employee Retirement Income Security Act of 1974, 29 U.S.C. §1001 *et seq*. ("ERISA") and therefore was removable pursuant to 28 U.S.C. §1441(b).

The parties dispute this Court's federal question jurisdiction in the Joint Scheduling Report filed May 2, 2008. Plaintiff James Frank's ("Plaintiff's") complaint lists two common law causes of action for breach of insurance contract. Defendants contend that Plaintiff is required to amend his complaint, as ERISA preempts the common law claims. Plaintiff does not anticipate amending his complaint and maintains that he may move forward properly on the common law claims. Defendants represent they will make an appropriate motion if Plaintiff refused to amend the complaint.

As a Court of limited jurisdiction, this Court must determine whether jurisdiction exists to proceed in this case. Moreover, whether this case is governed by the common law or ERISA affects how, or whether, this Court will order a discovery plan in this action. These issues must be resolved before this Court issues its scheduling order. Accordingly, this Court:

1. VACATES the May 12, 2008 scheduling conference; and
2. ORDERS Defendants**, no later than May 21, 2008**, to file and serve an appropriate motion to resolve the jurisdictional and procedural issues in this action. This Court's local rules will apply as to opposition and reply filing deadlines.

IT IS SO ORDERED.

**Dated:   May 7, 2008**                                  **/s/ Lawrence J. O'Neill**
                                                  UNITED STATES DISTRICT JUDGE