**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JAMES R. FRANK,<br><br>    Plaintiff,<br><br>vs.<br><br>WILBUR-ELLIS COMPANY SALARIED EMPLOYEES LTD PLAN; LIFE INSURANCE COMPANY OF NORTH AMERICA,    and DOES 1 through 25, inclusive,<br><br>    Defendants. | Case No.:  CV-F-08-284-LJO-GSA<br>Judge: Hon. Lawrence J. O'Neill<br><br>**ORDER RE: STIPULATION OF PARTIES TO EXTEND TIME FOR DEFENDANTS TO PROVIDE DOCUMENTS TO PLAINTIFF AND FOR PLAINTIFF TO AMEND COMPLAINT** |

Plaintiff JAMES R. FRANK and Defendants WILBUR-ELLIS SALARIED EMPLOYEE LTD PLAN OF NEW YORK ("the PLAN") and LIFE INSURANCE COMPANY OF AMERICA ("LINA") (collectively referred to as "Defendants") stipulation to extend time for defendants to provide documents to Plaintiff and for Plaintiff to amend the complaint was filed on July 1, 2008.

GOOD CAUSE having been shown, it is hereby ordered, adjudged and decreed as follows:

1.  Defendants have until July 8, 2008 to provide information to Plaintiff.

2.  If sufficient evidence is provided to Plaintiff to prove the life insurance policy is

/ / /

subject to the ERISA statute, Plaintiff has until July 23, 2008 to amend the Complaint.

**IT IS SO ORDERED.**

DATED:  July 3, 2008                              /s/ Gary S. Austin
                                                               Honorable Gary S. Austin
                                                               Magistrate Judge of the United States
                                                               District Court