**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JAMES R. FRANK,<br><br>                        Plaintiff,<br><br>  vs.<br><br>WILBUR-ELLIS COMPANY SALARIED EMPLOYEES LTD PLAN; LIFE INSURANCE COMPANY OF NORTH AMERICA,    and DOES 1 through 25, inclusive,<br><br>                      Defendants. | Case No.: 1:08-CV-00284-LJO-GSA<br>Judge: Hon. Lawrence J. O'Neill<br><br>**ORDER RE: PARTIES STIPULATION TO EXTEND TIME TO FILE ADMINISTRATIVE RECORD WITH THE COURT** |

Upon Stipulation of the parties, and for good cause, the date for the filing of the Administrative Record with the court, previously set for October 13, 2008 is continued to November 3, 2008.

IT IS SO ORDERED.

DATED: October 16, 2008                      __/s/ Lawrence J. O'Neill_____
                                                                    Honorable Lawrence J. O'Neill
                                                                    Judge of the United States District Court