IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES FRANK,<br><br>        Plaintiff,<br><br>   vs.<br><br>WILBUR-ELLIS COMPANY SALARIED EMPLOYEES LTD PLAN and LIFE INSURANCE COMPANY OF NORTH AMERICA,<br><br>        Defendants.<br>_____/ | CASE NO. CV F 08-284 LJO GSA<br><br>**ORDER FOR PROPOSED TRIAL BRIEFING** |

    This Court set a June 16, 2009 trial but no trial briefing. As such, this Court ORDERS the parties' counsel, no later than May 13, 2009, to meet and confer on proposed trial briefing and to file a joint statement to propose a trial briefing schedule. In matters such as this action, this Court's practice is to review the record and briefing and determine after such review whether oral argument or similar proceedings are necessary.

    IT IS SO ORDERED.

**Dated:   May 5, 2009**                        /s/ Lawrence J. O'Neill
                                                                                    UNITED STATES DISTRICT JUDGE