# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES FRANK, | CASE NO. CV F 08-284 LJO GSA |
| Plaintiff, | **TRIAL BRIEFING ORDER**<br>(Doc. 68.) |
| vs. | |
| WILBUR-ELLIS COMPANY SALARIED EMPLOYEES LTD PLAN and LIFE INSURANCE COMPANY OF NORTH AMERICA, | |
| Defendants. | |

Based on the parties' joint statement, this Court ORDERS the parties to file and serve their opening papers, no later than May 29, 2009, and their responsive papers, no later than June 10, 2009. In matters such as this action, this Court's practice is to review the record and briefing and determine after such review whether oral argument or similar proceedings are necessary.

IT IS SO ORDERED.

**Dated: May 8, 2009**            /s/ Lawrence J. O'Neill
                                   UNITED STATES DISTRICT JUDGE