1
2
3
4
5
6
7 **IN THE UNITED STATES DISTRICT COURT**

8 **FOR THE EASTERN DISTRICT OF CALIFORNIA**

9

10 JAMES FRANK,                                    CASE NO. CV-F-08-284- LJO-GSA

11             Plaintiff,                         **AMENDED JUDGMENT**

12       vs.

13 WILBUR-ELLIS COMPANY SALARIED
   EMPLOYEES LTD PLAN and LIFE
14 INSURANCE COMPANY OF NORTH
   AMERICA,
15

16             Defendants.

17 _____/

18       This action was set for court trial on June 16, 2009, before the Honorable Lawrence J. O'Neill,

19 United State District Judge for the Eastern District of California.  Based on its review of the record and

20 trial briefs, the Court determined and advised the parties that oral argument was unnecessary to resolve

21 the relevant issues presented.  Neither side requested oral argument.  The evidence presented having

22 been fully considered, the issues having been fully briefed by both sides, the Court rendered its Trial

23 Decision on June 25, 2009, ruling in favor of Plaintiff JAMES R. FRANK and against Defendants LIFE

24 INSURANCE COMPANY OF NORTH AMERICA ("LINA"), and WILBUR-ELLIS COMPANY

25 SALARIED EMPLOYEES LTD PLAN.  For the reasons described therein, this Court ORDERS AND

26 ADJUDGES as follows:

27       1.      Defendant LIFE INSURANCE COMPANY OF NORTH AMERICA ("LINA") shall

28               REINSTATE Plaintiff's long-term disability (LTD) and life insurance premium benefits;

1

2.   Plaintiff JAMES R. FRANK shall RECOVER from Defendant LIFE INSURANCE COMPANY OF NORTH AMERICA the sum of **$54,651.36**, reflecting $33,420.00 for past long-term disability benefits, plus prejudgment interest in the amount of $1,900.19; and $18,189.50 for past premiums paid, plus prejudgment interest in the amount of $1,141.67; together with interest thereon at the prevailing lawful rate from the date of entry of judgment until paid; and

3.   Plaintiff JAMES R. FRANK shall recover from Defendant LIFE INSURANCE COMPANY OF NORTH AMERICA the sum of **$135,425** in attorneys' fees, and the sum of **$2,286.17** in costs.

IT IS SO ORDERED.

**Dated:   August 18, 2009**                    _____/s/ Lawrence J. O'Neill_____
                                                                   UNITED STATES DISTRICT JUDGE